IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) | |
| ) | |
| Plaintiff, ) | Civil No: 5:18-cv-00140-D |
| ) | |
| v. ) | |
| ) | |
| RYAN ZINKE, in his official capacity as ) | |
| Secretary of the United States Department of ) | **AFFIDAVIT OF SERVICE** |
| the Interior; ) | |
| ) | |
| and ) | |
| ) | |
| U.S. FISH AND WILDLIFE SERVICE, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

I respectfully certify that service for the above captioned case took place as described below, which included true and correct copies of each of the following documents:

ECF 1     Complaint
ECF 3     Notice of Appearance for Perrin W. de Jong
ECF 5     Issued Summons as to Ryan Zinke
ECF 9     Issued Summonses as to United States Fish and Wildlife Service; United States Attorney Robert Higdon, Jr.; and United States Attorney General Jefferson B. Sessions III

On April 4, 2018, the above listed documents were sent by certified mail, return receipt requested, through the United States Postal Service, to the following parties:

Hon. Ryan Zinke
Secretary of the United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

United States Fish and Wildlife Service
United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

Hon. Robert Higdon, Jr.
United States Attorney
ATTN: Civil Process Clerk
310 New Bern Avene
Federal Building, Suite 800
Raleigh, NC 27601-1461

Hon. Jefferson B. Sessions III
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

    Secretary Zinke, the U.S. Fish and Wildlife Service, the U.S. Attorney's office, and the U.S. Attorney General's office received the documents on April 9, 2018. Receipts and delivery confirmation are attached hereto as Exhibit A.

DATED: April 25, 2018
　　　　　　　　　　　　　　　　　　　　　*/s/ Perrin W. de Jong*
　　　　　　　　　　　　　　　　　　　　　Perrin W. de Jong
　　　　　　　　　　　　　　　　　　　　　Counsel for the Plaintiff
　　　　　　　　　　　　　　　　　　　　　Center for Biological Diversity
　　　　　　　　　　　　　　　　　　　　　P.O. Box 6414
　　　　　　　　　　　　　　　　　　　　　Asheville, NC 28816

# EXHIBIT A



**ALERT: AS OF APRIL 30, USPS.COM WILL NO LONGER SUPPORT OUTDATED BROWSERS. …**

## USPS Tracking®

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package  +

**Tracking Number:** 70173380000071052123                              Remove ✕

Your item has been delivered to the mail room at 7:33 am on April 9, 2018 in WASHINGTON, DC 20439.

### ✓ Delivered

April 9, 2018 at 7:33 am
Delivered, To Mail Room
WASHINGTON, DC 20439

Get Updates ⌄

Text & Email Updates                                          ⌄

Tracking History                                              ⌄

Product Information                                           ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Case 5:18-cv-00140-D   Document 10   Filed 04/25/18   Page 5 of 8

**ALERT: AS OF APRIL 30, USPS.COM WILL NO LONGER SUPPORT OUTDATED BROWSERS. …**

## USPS Tracking®

FAQs › (http://faq.usps.com/?articleId=220900)

### Track Another Package +

**Tracking Number:** 70173380000071052130    Remove ✕

Your item has been delivered to the mail room at 7:33 am on April 9, 2018 in WASHINGTON, DC 20439.

### ✓ Delivered

April 9, 2018 at 7:33 am
Delivered, To Mail Room
WASHINGTON, DC 20439

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

### Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Case 5:18-cv-00140-D    Document 10    Filed 04/25/18    Page 6 of 8

**ALERT: AS OF APRIL 30, USPS.COM WILL NO LONGER SUPPORT OUTDATED BROWSERS. …**

# USPS Tracking®

FAQs › (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 70173380000071052147                                    Remove ✕

Your item has been delivered to the mail room at 10:55 am on April 9, 2018 in RALEIGH, NC 27601.

## ⊘ Delivered

April 9, 2018 at 10:55 am
Delivered, To Mail Room
RALEIGH, NC 27601

Get Updates ⌄

| Text & Email Updates | ⌄ |

| Tracking History | ⌄ |

| Product Information | ⌄ |

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Case 5:18-cv-00140-D   Document 10   Filed 04/25/18   Page 7 of 8

**ALERT: AS OF APRIL 30, USPS.COM WILL NO LONGER SUPPORT OUTDATED BROWSERS. …**

## USPS Tracking®

FAQs › (http://faq.usps.com/?articleId=220900)

## Track Another Package +

**Tracking Number:** 70173380000071052109                Remove ✕

Your item was delivered at 4:41 am on April 9, 2018 in WASHINGTON, DC 20530.

### ✓ Delivered

April 9, 2018 at 4:41 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

---

Text & Email Updates    ⌄

---

Tracking History    ⌄

---

Product Information    ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Case 5:18-cv-00140-D   Document 10   Filed 04/25/18   Page 8 of 8