# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

CENTER FOR BIOLOGICAL DIVERSITY,

    Plaintiff,

v.

RYAN ZINKE et al.,

    Federal Defendants.

Case No.: 5:18-CV-00140-JCD

**ORDER**

Upon consideration of Defendants' Unopposed Motion to Stay Proceedings, and for good cause shown, it is hereby ORDERED that all proceedings in the above captioned case are stayed until November 30, 2018.

Dated this 19 day of July, 2018

_____
Hon. James C. Dever, III
United States District Chief Judge